HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Clark

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-202-JAM |
| Plaintiff, | **UNOPPOSED REQUEST AND [PROPOSED] ORDER TO RELEASE OUT-OF-DISTRICT PSR** |
| vs. | |
| SEAN CLARK, | Judge: Hon. John A. Mendez |
| Defendant. | |

Defendant Sean Clark, through counsel, Assistant Federal Defender, Hootan Baigmohammadi, respectfully requests the court order the United States Probation Office to disclose the presentence investigation report in Mr. Clark's underlying case from the Western District of Washington (2:16-cr-290-RAJ) to the parties. This request is made pursuant to Local Rule 460 (b), and Federal Rule of Criminal Procedure 32.1, so that the parties can adequately prepare for any revocation or disposition hearing as it pertains to the alleged supervised release violation in the instant matter.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 27, 2022

/s/ Hootan Baigmohammadi
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Clark

# ORDER

The Court, having received and considered Mr. Clark's unopposed request, and good cause appearing therefrom, hereby orders the United States Probation Office to disclose the presentence investigation report in Mr. Clark's underlying case from the Western District of Washington (2:16-cr-290-RAJ) to the parties.

IT IS SO ORDERED.

Dated: June 28, 2022

HON. JOHN A. MENDEZ
United States District Judge

1  PHILLIP A. TALBERT
   United States Attorney
2  EMILIA P. E. MORRIS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for the United States

7  IN THE UNITED STATES DISTRICT COURT

8  EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA and the       CASE NO. 2:19-CV-0992 JAM JDP
   STATE OF CALIFORNIA, *ex rel*, Terry
11 Goldberg,                              [PROPOSED] ORDER

12           Plaintiffs,

13 v.

14 SACRAMENTO HEART AND VASCULAR
   MEDICAL ASSOCIATES, PHILIP M. BACH,
15 M.D., PHILIP M. BACH, M.D., INC., AND
   DOES 1-100,
16
             Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER

The United States and the State of California having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), California Government Code Section 12652, and California Insurance Code Section 1871.7, the Court rules as follows:

IT IS ORDERED that,

1. The complaint be unsealed and served upon the defendants by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and The United States and the State of California's Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States and the Attorney General and the Insurance Commissioner on behalf of the State of California, as provided for in 31 U.S.C. § 3730(c)(3) and in California Government Code section 12652 and Insurance Code section 1871.7. The United States and the State of California may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States and the Attorney General and the Insurance Commissioner on behalf of the State of California;

6. All orders of this Court shall be sent to the United States and the Attorney General and the Insurance Commissioner on behalf of the State of California; and

7. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States and the Attorney General and the Insurance Commissioner on behalf of the State of California with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

DATE: June 28, 2022

HONORABLE JOHN A. MENDEZ
United States Senior District Judge

[PROPOSED] ORDER                                                                                             1