UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
7/12/2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SEAN CLARK

Defendant.

Case No. 2:19-CR-00202-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release SEAN CLARK – Case No.: 2:19-CR-00202-JAM; Charge: 18 U.S.C. § 3606 – from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

X    (Other): Upon recommendation by U.S. Probation, as joined by the defendant, and without objection from the government, the Court ORDERED that the defendant be released at 9:00 AM on 7/13/2022 under the conditions of release as stated on the record.

Issued at Sacramento, California on 7/12/2022 at 9:40 AM

By: _____
John A. Mendez, U.S. District Court Judge