HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Clark

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SEAN CLARK,<br><br>Defendant. | Case No. 2:19-CR-00202-JAM<br><br>**STIPULATION TO CONTINUE DISPOSITIONAL HEARING; FINDINGS AND ORDER**<br><br>Date: September 24, 2024<br>Time: 9:00 a.m.<br>Judge: Hon. John A. Mendez |

**I.**

**STIPULATION**

1. The Court previously set this matter for a dispositional hearing to be held on September 24, 2024.
2. Mr. Clark requests that the Court continue the hearing to the **October 8, 2024 at 9:00 a.m.** so that he may be adequately prepared. Defense counsel has not had an opportunity to review U.S. Probation's dispositional memorandum with Mr. Clark.
3. The government does not object to Mr. Clark's request.
4. United States Probation is available on the requested date.

IT IS SO STIPULATED.

//

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 16, 2024

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Clark

Date: September 16, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Nicholas Fogg*
NICHOLAS FOGG
Assistant United States Attorney
Attorneys for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: September 18, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE