HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Clark

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SEAN CLARK, <br><br> Defendant. | Case No. 2:19-CR-00202-JAM <br><br> **STIPULATION TO CONTINUE DISPOSITIONAL HEARING; FINDINGS AND ORDER** <br><br> Date: October 8, 2024 <br> Time: 9:00 a.m. <br> Judge: Hon. John A. Mendez |

## I.

## **STIPULATION**

1. The Court previously set this matter for a dispositional hearing to be held on October 8, 2024.

2. Mr. Clark requests that the Court continue the hearing to **October 22, 2024, at 9:00 a.m.** so that he can investigate a sentencing matter.

3. The government does not object to Mr. Clark's request.

4. United States Probation is available on the requested date.

IT IS SO STIPULATED.

//

//

//

//

//

|     |                        |                                                                                                           |
| --- | ---------------------- | --------------------------------------------------------------------------------------------------------- |
| 1   |                        | Respectfully submitted,                                                                                   |
| 2   |                        | HEATHER E. WILLIAMS<br>Federal Defender                                                                   |
| 3   | Date: October 1, 2024  | */s/ Hootan Baigmohammadi*<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Mr. Clark |
| 8   | Date: October 1, 2024  | PHILLIP A. TALBERT<br>United States Attorney                                                              |
| 10  |                        | */s/ Nicholas Fogg*<br>NICHOLAS FOGG<br>Assistant United States Attorney<br>Attorneys for Plaintiff        |

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: October 1, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE